IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:23-cr-00067 |
| | ) | |
| ANDRU ALAN FISHER | ) | JUDGE CAMPBELL |

## ORDER

On October 16, 2025, the Court held a hearing on the 5th Superseding Petition for violations of supervised release (Doc. No. 49). Having previously admitted the violations in the preceding petitions, Defendant admitted the most recent violation contained in the 5th Superseding Petition. Defendant is sentenced to time served (approximately 71 days) and will remain on his current conditions of supervised release.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE